**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JIMMY CARTER, : | |
| GDC NO. 852340, : | PRISONER HABEAS CORPUS |
|    Petitioner, : | 28 U.S.C. § 2254 |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:09-CV-2219-BBM-CCH |
| WARDEN SHEILA OUBRE, : | |
|    Respondent. : | |

**ORDER**

Petitioner, presently confined at the Phillips State Prison in Buford, Georgia, seeks via 28 U.S.C. § 2254 to challenge his July 2, 2003, conviction for burglary in the Superior Court of Muscogee County. Muscogee County is located in the United States District Court for the Middle District of Georgia, Columbus Division.

While 28 U.S.C. § 2241(d) permits a state prisoner's habeas petition to be filed in the district within which the prisoner was convicted or in the district within which the prisoner is confined, and further permits discretionary transfer by the court from one such district to the other, it is the long-standing policy and practice of the United States District Courts for the Northern, Middle and Southern Districts of Georgia to cause all such petitions to be filed in or transferred to the

AO 72A
(Rev.8/82)

district within which the state prisoner was convicted. Adherence to this practice and policy results in each district court considering habeas matters coming only from state courts within its jurisdiction and in an equitable distribution of habeas corpus cases between the districts of this state.

**IT IS ORDERED** that the instant petition for a writ of habeas corpus be **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION** along with all orders, motions, affidavits, pleadings and exhibits filed herein for further proceedings.

**IT IS SO ORDERED**, this 21st day of August, 2009.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

AO 72A (Rev.8/82)