IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIMMY CARTER, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:09-CV-102 (CDL) |
| SHEILA OUBRE, Warden, | * |
| Respondent. | * |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 23, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 15th day of June, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE